**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  1:09-MD-02036-JLK**

---

**IN RE:  CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL No. 2036**

---

*Preston & Associates Intn'l, P.C. v. Wells*
*Fargo & Company et al.*
S.D. Fla. Case No. 1:10-cv-20913
D. Col. Case No. 1:09-2940

---

**ORDER OF DISMISSAL**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED.  This case is

DISMISSED WITH PREJUDICE, and all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida this ___8___ day of ___March___ ,

2013.

_____
United States District Judge
James Lawrence King